AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Laborers' Pension Funds et al.,

V.

Angel Cleaning Service and Maria R. Scott

CASE NUMBER: 08CV4005

ASSIGNED JUDGE: JUDGE CONLON

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

c/o Maria R. Scott
8715 S. Bennett
Chicago, IL 60617

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

July 15, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7-29-08 at 10:50 AM |
| NAME OF SERVER (PRINT) Barry A. Savage | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    8715 S. Bennett, Chicago, IL 60617

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-29-08         *B. A. Savage*
              Date            Signature of Server

JUDICIAL ATTORNEY SERVICES, INC.
2100 MANCHESTER RD., STE. 900
WHEATON, IL 60187
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.