IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, Administrator of the Funds,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANGEL CLEANING SERVICE and MARIA R. SCOTT, doing business as ANGEL CLEANING SERVICE,<br><br>        Defendants. | Case No. 08 C 4005<br><br>Judge Conlon |

## NOTICE OF MOTION

To:    Maria R. Scott
        Registered Agent for Angel Cleaning Service
        8715 South Bennett
        Chicago, Illinois 60617

PLEASE TAKE NOTICE that on Monday, August 25, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Conlon in Courtroom 1743, or in the Courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street Chicago, IL 60604, and present Plaintiffs' Motion for Default and to Compel an Audit, a copy of which is served upon you.

                                    /s/ Josiah A. Groff
                                    One of plaintiffs' attorneys

Allison, Slutsky & Kennedy, P.C.,
230 West Monroe Street
Suite 2600
Chicago, IL 60606
(312) 364-9400

August 19, 2008

## CERTIFICATE OF SERVICE

    I, Josiah A. Groff, an attorney, state that, on August 19, 2008, I caused Plaintiffs' Motion for Default and Damages to be served on the following person by overnight delivery, actual delivery to be made on August 20, 2008:

Maria R. Scott
8715 South Bennett
Chicago, Illinois 60617

                                                /s/ Josiah A. Groff