# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4005 | **DATE** | 8/25/2008 |
| **CASE TITLE** | LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION OF GENERAL LABORERS' DISTRICT COUNCIL, ET AL vs. ANGEL CLEANING SERVICE | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. Plaintiffs' motion for default and to compel an audit [12] is taken under advisement. Defendant shall file a response by September 3, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

08C4005 LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION OF GENERAL LABORERS' vs. ANGEL CLEANING SERVICE

Page 1