**FILED**
SEP 0 2 2008
Sep 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)** LABORERS' Pension FUND and LABORERS WELFARE FUND of the health and welfare Department of the Construction and General Laborers District Council of Chicago and vicinity
v. JAMES S. JORGENSEN

**Case No.** 08-C 4005
Judge CoNlon

**Defendant(s)**
Angels Cleaning Service AND Maria Scott doing Business as Angel Cleaning Service.

Motion for Default AND Compel with Audit

M. Scott
MARIA SCOTT 9/2/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS PENSION FUND, LABORERS WELFARE FUND OF the Health and Welfare Department of the Construction and General Laborers District Council of Chicago, AND Vicinity James S. Jorgensen

**PLAINTIFF**

Angel Cleaning Service vs. And Maria Scott doing business as And Angel Cleaning Service

**DEFENDANT**

CASE NO. 08-C 4005

Judge Conlon

## PROOF OF SERVICE

Josiah A Groff
Allison, Slutsky Kennedy P.C.

TO: 230. West Monroe Street
Suite 2600
Chicago, IL 60606
312- 364- 9400

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 3 day of September 2008 served a copy of this __Motion__ to each person whom it is directed by way of

By Fax

Name __Maria Scott / Angels Cleaning Service__
Address __8155 S. Bennett__
City/Zip __Chicago, IL 60617__   718-0107
Telephone __773 374-1601__